UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Joel A. Pisano |
| v. : | Crim. No. 07-919 (JAP) |
| MAURICE PETERKIN : | ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

RECEIVED JAN 20 2009 AT 8:30 WILLIAM T. WALSH, CLERK

THIS MATTER having come before the Court on the motion of defendant MAURICE PETERKIN, (Joshua Markowitz, Esq., appearing), for an Order suppressing the evidence seized from defendant Maurice Peterkin's tractor trailer; and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, (Brooke E. Carey and Robert Frazer, Assistant United States Attorneys, appearing), having opposed said motion; and the Court having reviewed the parties' written submissions and having heard the testimony of the United States' witnesses; and after hearing argument by counsel for both parties, and for good cause shown:

IT IS on this _20_ day of January, 2009

ORDERED that defendant's motion to suppress evidence is hereby denied in its entirety for the reasons stated in the court's decision from the bench rendered January 15, 2009.

HON. JOEL A. PISANO
UNITED STATES DISTRICT JUDGE