UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 07-919 (JAP) |
| v. | **ORDER** |
| MAURICE PETERKIN, | |
| Defendant. | |

Before the Court is Defendant's motion to compel a handwriting exemplar from Judge Edward H. Herman, Municipal Court Judge for the Township of Cranbury, New Jersey. [Docket Entry No. 46.] Based on the testimony of two law enforcement officers at a pretrial hearing, held on September 25, 2008, the Court finds that there is no question that the search warrants in question were in fact executed by Judge Herman. Defendant had an expert review the signatures at issue and the signatures are identical. The Court thus concludes that there is no debatable issue of fact regarding the authenticity of the signatures on the search warrants. Accordingly,

**IT IS** on this 28th day of April, 2009,

**ORDERED** that Defendant's motion to compel a handwriting exemplar [Docket Entry No. 46] is **DENIED.**

**SO ORDERED.**

/s/     **JOEL A. PISANO**
United States District Judge