```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA        :        Hon. Joel A. Pisano

       v.                      :        Crim No. 07-919

MAURICE PETERKIN                :        <u>ORDER FOR CONTINUANCE</u>

       This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Brooke E. Carey, Assistant U.S. Attorney), and defendant Maurice Peterkin (by Joshua Markowitz, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(c) to have a trial commence within seventy (70) days from the date the defendant appeared before the Court; and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.   Failure to grant such a continuance would be likely to make the continuation of the proceeding impossible and would be likely to result in a miscarriage of justice; and

       2.   That the ends of justice served by a continuance of the trial date in this matter until July 7, 2009 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 4th day of May, 2009,

ORDERED that the trial date in this matter is continued until July 7, 2009, and that the period of time from May 4, 2009 until July 7, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) and (h)(8).

                                       S/Joel A. Pisano, U.S.D.J.
                                             JOEL A. PISANO
                                  United States District Judge