**ELD-42-E**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2879
_____

IN RE:  MAURICE PETERKIN,

                                  Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to 07-cr-0919-001)
_____

June 30, 2009

Before: HARDIMAN, COWEN and NYGAARD, <u>Circuit</u> <u>Judges</u>

_____

**JUDGMENT**
_____

This cause came to be considered on a petition for writ of mandamus submitted on June 30, 2009. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied.  All of the above in accordance with the opinion of the Court.

                                                                              ATTEST:

                                                                              /s/Marcia M. Waldron,
                                                                                Clerk

DATED:  July 2, 2009